UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALEXANDER MHLANGA, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:18-cv-00036 |
| JENNIFER HICKS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' Objections (Doc. No. 72) are **OVERRULED** and the Report and Recommendation (Doc. No. 71) is **APPROVED AND ADOPTED**. Defendant's Motion for Summary Judgment (Doc. No. 37) is **GRANTED**. This case is dismissed.

This is a final order. The Clerk shall issue judgment under the Federal Rules of Civil Procedure and close the file. The trial scheduled for July 30, 2019 is canceled.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE